# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2018

SEAN F. McAVOY, CLERK

Susan Berg

)
)
*Plaintiff*  )
v.  )
Commissioner of Social Security  )
)

Civil Action No.   4:17-cv-05076-FVS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____  recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Motion for Summary Jdugment, ECF No. 13, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 17, is GRANTED.
Judgment entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Fred Van Sickle _____ on Plaintiff's Motion for

Summary Judgment, ECF No. 13, and Defendant's Motion for Summary Judgment, ECF No. 17.

Date:   8/22/18 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler